**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-62188-CIV-SMITH**

JESSIE O'DONNELL,

    Plaintiff,
vs.

HILLSTONE RESTAURANT GROUP,
INC. d/b/a HILLSTONE RESTAURANT,

    Defendant.
_____/

**ORDER REMANDING CASE**

This matter is before the Court on Plaintiff's Motion to Remand [DE 6] and the Joint Stipulation to Remand Plaintiff's Complaint [DE 8] (the "Stipulation"). Plaintiff filed this action against Defendant in the Circuit Court for the Seventeenth Judicial Circuit, in Broward County, Florida. The four-count complaint states that this is an action for "violation of the FMWA [Florida Minimum Wage Act] and FLSA [Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*]." Based on this allegation, Defendant timely removed the action to this Court, asserting that the Court has federal question jurisdiction over the claims pursuant to 28 U.S.C. §§ 1441(a), 1446(b) and 1367(a).

On November 4, 2020, Plaintiff moved to remand the case to state court. On November 18, 2020, the Parties filed their Stipulation. Pursuant to the Stipulation, the Complaint contains a scrivener's error and Plaintiff is only seeking relief under the Florida Minimum Wage Act. Thus, the Parties have stipulated to remand this matter to state court. Accordingly, it is

    **ORDERED** that:

1. This matter is **REMANDED** to the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT.**

3. This matter is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record